UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                   :

FALCO ERMERT,                    :       20cv4503(DLC)
                                   :

                 Plaintiff,    :       ORDER OF
      -v-               :       DISCONTINUANCE
                                   :

CABLE NEWS NETWORK, INC.,      :
                 Defendant.   :
                                   :
------------------------------------- X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 17, 2020**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
         August 18, 2020

                        _____
                            DENISE COTE
                United States District Judge